# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LEEDOM FINANCIAL SERVICES, LLC,

    Plaintiff,

v.                                                           CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Strike (Dkt. 18) is denied. The motion is nothing more than a disguised reply to Plaintiff's submissions in opposition to Defendant's motion to dismiss. As Defendant's counsel is well aware, this Court has previously denied her leave to file such a reply.

**DONE AND ORDERED** at Tampa, Florida, on June 9, 2010.

                                        s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record