UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEEDOM FINANCIAL SERVICE, LLC,

    Plaintiff,

v.                                       CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Agreed Motion for Enlargement of the Deadlines Set Forth in the Case Management and Scheduling Order (Dkt. 25) is granted but only to the extent that the discovery deadline is extended until April 29, 2011, and the dispositive motion filing deadline is extended until May 13, 2011.

**DONE AND ORDERED** at Tampa, Florida, on January 26, 2011.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record