**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEEDOM FINANCIAL SERVICES, LLC,

    Plaintiff,

v.                                                               CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that the Emergency Motion of Texas Trust Credit Union for Permission to Attend Deposition (Dkt. 39), which in reality does not deserve "emergency" status in view of the attachments to Plaintiff's memorandum in opposition, is denied based on the citations of authority set forth in Plaintiff's memorandum. Texas Trust's counsel is put on notice that pursuant to Local Rule 3.01(e) "[t]he unwarranted designation of a motion as an emergency motion may result in the imposition of sanctions."

**DONE AND ORDERED** at Tampa, Florida, on May 10, 2011.

                                                           s/*Richard A. Lazzara*
                                                         **RICHARD A. LAZZARA**
                                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record