UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEEDOM FINANCIAL SERVICES, LLC,

    Plaintiff,

v.                                    CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Summary Judgment (Dkt. 44) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered August 31, 2010, at docket 24, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on May 31, 2011.

                                    s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record