## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LEEDOM FINANCIAL SERVICES, LLC,

    Plaintiff,

v.                                                   CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that the Joint Motion for Special Trial Setting (Dkt. 68) is denied without prejudice. The Court will revisit the parties' request for a special trial setting only if all of the criminal cases scheduled for trial during the July 2011 trial month have been disposed of by pleas of guilty.

**DONE AND ORDERED** at Tampa, Florida, on June 16, 2011.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record