UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEEDOM FINANCIAL SERVICES, LLC,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged as follows:

    1) The Joint Motion for Use of Electronic Equipment (Dkt. 70) is denied with respect to cellular telephones.

    2) The Joint Motion for Use of Electronic Equipment (Dkt. 70) is granted with respect to counsels' laptop computers, laptop projectors, and projection screens.

    3) Debra Dawn, counsel for Plaintiff, and Edmund Novotny, counsel for Defendant, shall be allowed to bring the equipment referred to in paragraph 2 into the Sam M. Gibbons United States Courthouse for the trial scheduled in this case to commence sometime during the month of July 2011.

    4) Counsel shall present a copy of this order to Court Security at the main entrance upon arriving for trial each day. Failure to do so may jeopardize their ability to bring this equipment into the courthouse.

    **DONE AND ORDERED** at Tampa, Florida, on June 27, 2011.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record