**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEEDOM FINANCIAL SERVICES, LLC,

      Plaintiff,

v.                               CASE NO: 8:10-cv-689-T-26TBM

PATRICK EARL BASS,

      Defendant.

_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) The trial of this case scheduled for Monday, July 25, 2011, is cancelled, and will be rescheduled at a later time.

2) The Court will conduct a status conference on Thursday, August 11, 2011, at 9:30 a.m.

3) The parties shall be allowed to engage in discovery limited to the just discovered "cash sheets" and the just produced "quick books" up through and including August 10, 2011.

4) Plaintiff's Motion to Introduce New Evidence (Dkt. 83) is denied as moot and without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on July 21, 2011.


    s/*Richard A. Lazzara*

**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record